# United States District Court

DISTRICT OF _____

Sterling Engineering Corp

v.

Pioneer Management Systems, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-30306-MAN

TO: (Name and address of defendant)

Pioneer Management Systems, Inc.
330 Whitney Avenue
8th Floor
Holyoke, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth J. Quigley
27 Henry Avenue
Pittsfield, MA 01201

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Mary Finn_

(BY) DEPUTY CLERK

December 18, 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

January 6, 2004

I hereby certify and return that on 1/5/2004 at 03:00 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to CHERIE QUIRICI, person in charge at the time of service for PIONEER MANAGEMENT SYSTEMS, INC., , 330 WHITNEY Avenue, HOLYOKE, MA 01040. Attestation X 1 ($5.00), Conveyance ($4.50), Travel ($9.60), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $50.10

Deputy Sheriff DAVID K. TENNEY                                    _____
                                                                                                    Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                        Date                                                     Signature of Server

                                                                    _____
                                                                    Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.