UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STERLING MANUFACTURING )
CORPORATION, )
      Plaintiff )
)
v. ) 03-30306-KPN
)
)
PIONEER MANAGEMENT SYSTEMS, INC., )
      Defendant )
)

APPEARANCE

Please enter my appearance as counsel on behalf of the above named defendant, Pioneer Management Systems, Inc., in the above entitled matter.

Dated:

By: _____
BERNARD T. O'CONNOR, JR.
His Attorney
1391 Main Street, Suite 1022
Springfield, MA 01103
Telephone (413) 781-5311
Telefax   (413) 746-2707
BBO No. 557872