UNITED STATES DISRICT COURT
DISTRICT OF MASSACCHUSETTS

| | |
|---|---|
| STERLING MANUFACTURING CORPORATION, | ) ) ) |
| v. | ) CIVIL ACTION NO. 03 30306-KPN ) |
| PIONEER MANAGEMENT SYSTEMS, INC., Defendant | ) ) ) ) |

**MOTION TO ENLARGE TIME**

Defendant moves the court to extend the time within which it may answer or otherwise move with respect to the complaint until February 6, 2004, on the ground that the preparation of the defendant's answer entails further investigation and conference with representatives of the defendant, and cannot be completed within the prescribed time of January 26, 2004.

WHEREFORE the defendant requests this court allow its motion to enlarge time in which to file its answer to the complaint to February 6, 2004.

THE DEFENDANT

Dated: 1/22/04

By: [signature]
BERNARD T. O'CONNOR, JR.
Its Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103-1610
(413) 781-5311

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON [illegible]

1/22/04  and Facsimile
[signature]
Signature