UNITED STATES DISRICT COURT
DISTRICT OF MASSACCHUSETTS

| | |
|---|---|
| STERLING ENGINEERING CORPORATION,  )<br>          Plaintiff                                              )<br>v.                                                                      )   CIVIL ACTION NO. 03-30306-KPN<br>                                                                        )<br>PIONEER MANAGEMENT SYSTEMS, INC.,  )<br>          Defendant/Third-Party Plaintiff            )<br>v.                                                                      )<br>                                                                        )<br>STANDARD SECURITY LIFE                         )<br>INSURANCE COMPANY OF NEW YORK, and  )<br>MARLTON RISK MANAGEMENT, INC.,      )<br>          Third Party Defendants                        )  | |

## CERTIFICATE OF SERVICE

I, Bernard T. O'Connor, Jr., Esq., here by certify that on this 10th day of March, 2004, I caused a copy of the Third Party Complaint to be served on the Plaintiff, Sterling Engineering Corporation, by mailing a copy of same to its attorney of record, Elizabeth Quigley, Esq., 27 South Street, Pittsfield, MA 01201.

BERNARD T. O'CONNOR JR.