UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION
CASE NUMBER 03 CV 30306 KPN

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

STERLING ENGINEERING CORPORATION )
       Plaintiff )
v. )  PLAINTIFF'S ASSENTED TO
 )  MOTION TO CONTINUE
PIONEER MANAGEMENT SYSTEMS, INC. )
       Defendant )
 )

NOW COMES Attorney Elizabeth J. Quigley, for the Plaintiff, Sterling Engineering Corporation, and respectfully requests that this Honorable Court continue the Scheduling Conference currently scheduled for March 25, 2004 at 11:00 a.m. to an alternate date.

AS REASON THEREFORE, Attorney Quigley is scheduled to be in the Jury of Six at Berkshire District Court on said date.

FURTHER, the Defendant, Pioneer Management Systems, Inc., has filed a Third-Party Complaint against Standard Security Life Insurance Company of New York and Marlton Risk Management, Inc. The Third Party Defendants in this matter have been served but have yet to file an Answer with the U. S. District Court; therefore, the Third Party Defendants have not been noticed for the Scheduling Conference or this Motion to Continue.

Finally, counsel for the parties are available on the following dates for a Scheduling Conference or a Case Management Conference:

    Thursday, April 15, 2004 and Friday, April 16, 2004
    Monday, April 26, 2004 and Tuesday, April 27, 2004
    Friday, April 30, 2004

Respectfully submitted,
STERLING ENGINEERING CORP.,
By its Attorney,

_____
Elizabeth J. Quigley, Esq.
Elizabeth J. Quigley & Associates
Henry Avenue Professional Building
27 Henry Avenue
Pittsfield, MA 01201
(413) 499-5476
BBO Number 408910

Assented to,
PIONEER MANAGEMENT SYSTEMS, INC.,
By its Attorney,

_____
Bernard T. O'Connor, Jr., Esq.
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street
Suite 1022
Springfield, MA 01103
(413) 785-0269
BBO Number: 557872

DATE: March 12, 2004