UNITED STATES DISRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

'04 MAR 15 A 11: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| STERLING MANUFACTURING CORPORATION, | ) ) ) |
| v. | ) CIVIL ACTION NO. 03-30306-KPN ) |
| PIONEER MANAGEMENT SYSTEMS, INC., Defendant/Third-Party Plaintiff v. | ) ) ) ) ) |
| STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK, and MARLTON RISK MANAGEMENT, INC., Third Party Defendants | ) ) ) ) ) |

## MOTION TO FILE CORRECTED COMPLAINT

Defendant/Third Party Plaintiff moves the court to allow the filing of a corrected complaint, the corrected complaint attached hereto. As reasons:

In paragraph 10 a typographical error was discovered.

WHEREFORE the defendant/ Third Party Plaintiff requests this court allow it to change the date in paragraph 10 to read "October 2000".

THE DEFENDANT/THIRD PARTY PLAINTIFF

Dated: 3/12/04

By: [signature]

BERNARD T. O'CONNOR, JR.
Its Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103-1610
(413) 781-5311

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED UPON
(EACH PARTY)
THE ATTORNEY
OTHER

3/12/04
[signature]
Signature