UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION
CASE NUMBER 3:03-CV-30306-MAP

| | |
|---|---|
| STERLING ENGINEERING CORPORATION )<br>Plaintiff )<br>)<br>v. )<br>)<br>PIONEER MANAGEMENT SYSTEMS, INC. )<br>Defendant )<br>)<br>v )<br>)<br>STANDARD SECURITY LIFE INSURANCE )<br>COMPANY OF NEW YORK, and MARLTON )<br>RISK MANAGMENT, INC. )<br>Third Party Defendants ) | PLAINTIFF'S ASSENTED TO<br>MOTION TO CONTINUE |

NOW COMES Attorney Elizabeth J. Quigley, for the Plaintiff, Sterling Engineering Corporation, and respectfully requests that this Honorable Court extend the due date in which to file the Joint Status Conference Memorandum from April 23, 2004, to an alternate date in the future and to continue the Status Conference from April 30, 2004, to an alternate date in the future.

As reason therefore, the Thirdy Party Defendants have not filed their Answer yet.

Respectfully submitted,
STERLING ENGINEERING CORP.,
By its Attorney,

_____
Elizabeth J. Quigley, Esq.
Elizabeth J. Quigley & Associates
Henry Avenue Professional Building
27 Henry Avenue
Pittsfield, MA 01201
(413) 499-5476
BBO Number 408910

DATE: April 23, 2004

Assented to,
PIONEER MANAGEMENT SYSTEMS, INC.,
By its Attorney,

BTO/EJQ
_____
Bernard T. O'Connor, Jr., Esq.
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street
Suite 1022
Springfield, MA 01103
(413) 781-5311
BBO Number: 557872