UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION
CASE NUMBER 03 CV 30306 MAP

STERLING ENGINEERING CORPORATION )
                  Plaintiff )
v. )
 )
PIONEER MANAGEMENT SYSTEMS, INC. )
                  Defendant )
v )
 )
STANDARD SECURITY LIFE INSURANCE )
COMPANY OF NEW YORK, and MARLTON )
RISK MANAGEMENT, INC. )
                  Third Party Defendants )

## THE PARTIES' JOINT STATEMENT

The Plaintiff, Sterling Engineering Corporation, by and through their attorney, Elizabeth J. Quigley, and the Defendant, Pioneer Management Systems, Inc. by and through their attorney, Bernard T. O'Connor, file the following joint status report pursuant to United States District Court Local Rule 16.1(D) and this Court's Order, dated March 17, 2004.

1. **THE JOINT DISCOVERY PLAN AND FILING OF MOTIONS**

A. **STATEMENT TO WHICH BOTH PARTIES AGREE**

   1. The parties shall make their initial disclosures pursuant to Fed.R.Civ.P.26(a)(1) on or before July 15, 2004.

   2. All motions pursuant to Fed.R.Civ.P. 12, 15, 19 and 20 shall be filed no later than August 1, 2004.

   3. All fact discovery shall be completed by March 1, 2005.

   4. All discovery motions shall be filed on or before March 1, 2005.

5.  The Plaintiff shall identify his experts and produce expert reports pursuant to Fed.R.Civ.P. 26(a)(2) on or before April 1, 2005.

6.  The Defendant shall identify his experts and produce expert reports pursuant to Fed.R.Civ.P. 26(a)(2) on or before March 15, 2005.

7.  All expert depositions shall be completed on or before April 15, 2005.

8.  All dispositive motions, including motions for summary judgment pursuant to Mass.R.Civ.P. 56, shall be filed on or before May 15, 2005.

9.  A final Pre Trial Conference shall be scheduled by the Court on or sometime in June, 2005.

10. The Parties expect to be ready for trial on or sometime in or after June, 2005.

II. **TRIAL BEFORE A MAGISTRATE**

The parties, at this time, the Plaintiff, Sterling Engineering Management, and the Defendant, Pioneer Management Systems, Inc., do not consent to a trial before a magistrate.

III. **CERTIFICATIONS**

The parties will file their Rule 16.1 Certification under separate cover.

Respectfully submitted,
STERLING ENGINEERING CORP.,
By its Attorney,

*Elizabeth J. Quigley*
Elizabeth J. Quigley, Esq.
Elizabeth J. Quigley & Associates
Henry Avenue Professional Building
27 Henry Avenue
Pittsfield, MA 01201
(413) 499-5476
BBO Number 408910

Assented to,
PIONEER MANAGEMENT SYSTEMS, INC.,
By its Attorney,

*BTO/EJQ*
Bernard T. O'Connor, Jr., Esq.
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street
Suite 1022
Springfield, MA 01103
(413) 781-5311
BBO Number: 557872

DATE: April 27, 2004

CERTIFICATE OF SERVICE

I, Elizabeth J. Quigley, Esq., hereby certify that on April 27, 2004, I have served a copy of the foregoing Joint Status Conference Memo upon the Defendant, by mailing a copy thereof to their attorney of record, Bernard T. O'Connor, Esq., O'Connor, Martinelli, Cullinan & Pikula, 1391 Main Street, Suite 1022, Springfield, MA 01103 and by faxing him a copy at 413-746-2707.

Elizabeth J. Quigley, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION
CASE NUMBER 03 CV 30306 MAP

STERLING ENGINEERING CORPORATION     )
       Plaintiff     )
v.     )
   )
PIONEER MANAGEMENT SYSTEMS, INC.     )
       Defendant     )
   )
v     )
   )
STANDARD SECURITY LIFE INSURANCE     )
COMPANY OF NEW YORK, and MARLTON     )
RISK MANAGEMENT, INC.     )
       Third Party Defendants     )

## CERTIFICATION OF THE PARTIES

The undersigned hereby certifies that they have conferred with their respective clients regarding a budget for various courses of this litigation and the possibility of alternative dispute resolution.

Respectfully submitted,
STERLING ENGINEERING CORP.,
By its Attorney,

_____
Elizabeth J. Quigley, Esq.
Elizabeth J. Quigley & Associates
Henry Avenue Professional Building
27 Henry Avenue
Pittsfield, MA 01201
(413) 499-5476
BBO Number 408910

DATE: April 27, 2004

Respectfully submitted,
PIONEER MANAGEMENT SYSTEMS, INC.,
By its Attorney,

BTO/EJQ
_____
Bernard T. O'Connor, Jr., Esq.
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street
Suite 1022
Springfield, MA 01103
(413) 781-5311
BBO Number: 557872

## CERTIFICATE OF SERVICE

I, Elizabeth J. Quigley, Esq., hereby certify that on April 27, 2004, I have served a copy of the foregoing Certification of the Parties upon the Defendant, by mailing a copy thereof to their attorney of record, Bernard T. O'Connor, Esq., O'Connor, Martinelli, Cullinan & Pikula, 1391 Main Street, Suite 1022, Springfield, MA 01103 and by faxing him a copy at 413-746-2707.

_____
Elizabeth J. Quigley, Esq.