UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING ENGINEERING CORPORATION,<br>    Plaintiff<br><br>v.<br><br>PIONEER MANAGEMENT SYSTEMS, INC.,<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>STANDARD SECURITY LIFE<br>INSURANCE COMPANY OF NEW YORK and<br>MARLTON RISK MANAGEMENT, INC.<br>    Third-Party Defendants | Civil Action No. 03-30306-KPN<br><br>**CORPORATE DISCLOSURE STATEMENT OF STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK** |

Defendant Standard Security Life Insurance Company of New York ("Standard Security") hereby certifies, pursuant to Rule 7 of the applicable Civil Rules, that it is a wholly owned subsidiary of Madison National Life Insurance Company, which is a wholly-owned subsidiary of Independence Capital Corp., which is a wholly-owned subsidiary of Independence Holding Company, a publicly traded company, which is a subsidiary of SIC Securities Corp., which is a wholly-owned subsidiary of GHC Corp., which is a wholly-owned subsidiary of Geneve Corporation, which is a wholly-owned subsidiary of Geneve Holdings, Inc.

Dated: New York, New York
       April 27, 2004

                                            LAZARE POTTER GIACOVAS & KRANJAC LLP

                                            By: _____
                                                  Andrew M. Premisler (BBO # 641109)
                                        950 Third Avenue
                                        New York, New York  10022
                                        (212) 758-9300
                                        Attorneys for Third-Party Defendants Standard Security Life Insurance Company of New York and Voorhees Risk Management, LLC d/b/a Marlton Risk Group, Inc. i/s/h/a as "Marlton Risk Management, Inc."

-and-

Steven R. Weiner, Esq. (BBO # 520090)
930 Main Street
Springfield, MA 01103


TO:   Bernard T. O'Connor, Jr.
      1391 Main Street, Suite 1022
      Springfield, MA 01103-1610
      (413) 781-5311
      Attorneys for Third-Party Plaintiff

      Elizabeth J. Quigley, Esq.
      Elizabeth J. Quigley & Associates
      27 Henry Avenue
      Pittsfield, MA 01201
      Attorneys for Plaintiff