UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STERLING ENGINEERING CORPORATION, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-30306-KPN |
| | ) | |
| PIONEER MANAGEMENT SYSTEMS, INC., | ) | **CORPORATE** |
| Defendant/Third-Party Plaintiff | ) | **DISCLOSURE STATEMENT** |
| | ) | **OF VOORHEES RISK** |
| v. | ) | **MANAGEMENT LLC** |
| | ) | |
| STANDARD SECURITY LIFE | ) | |
| INSURANCE COMPANY OF NEW YORK and | ) | |
| MARLTON RISK MANAGEMENT, INC. | ) | |
| Third-Party Defendants | ) | |

Defendant Voorhees Risk Management, L.L.C. d/b/a Marlton Risk Group, Inc. erroneously sued herein as "Marlton Risk Management, Inc.", hereby certifies, pursuant to Rule 7 of the applicable Civil Rules, that it is a wholly-owned subsidiary of American Independence Corp., a publicly traded company, which is a subsidiary of Madison Investors Corp., which is a wholly-owned subsidiary of Madison National Life Insurance Company, which is itself a wholly-owned subsidiary of Independence Capital Corp., a publicly traded company, which is wholly owned by SIC Securities Corp., which is a wholly-owned subsidiary of GHC Corp., which is a wholly owned subsidiary of Geneve Corporation, which is a wholly owned subsidiary of Geneve Holdings, Inc.

Dated: New York, New York
      April 27, 2004

               Yours, etc.,

               LAZARE POTTER GIACOVAS & KRANJAC LLP

               By: _____
                   Andrew M. Premisler (BBO # 641109)
               950 Third Avenue
               New York, New York  10022
               (212) 758-9300
               Attorneys for Third-Party defendants  Standard
               Security Life Insurance Company of New York and
               Marlton Risk Group, Inc.

               -and-

               Steven R. Weiner, Esq. (BBO # 520090)
               930 Main Street
               Springfield, MA 01103

TO:    Bernard T. O'Connor, Jr.
        1391 Main Street, Suite 1022
        Springfield, MA 01103-1610
        (413) 781-5311
        Attorneys for Third-Party Plaintiff

        Elizabeth J. Quigley, Esq.
        Elizabeth J. Quigley & Associates
        27 Henry Avenue
        Pittsfield, MA 01201
        Attorneys for Plaintiff