ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STERLING ENGINEERING CORPORATION,       )
      Plaintiff       )
        )
        )    Civil Action No. 03-30306-KPN
v.       )
        )
        )    **CORPORATE**
PIONEER MANAGEMENT SYSTEMS, INC.,       )    **DISCLOSURE STATEMENT**
      Defendant/Third-Party Plaintiff       )    **OF STANDARD SECURITY**
        )    **LIFE INSURANCE**
v.       )    **COMPANY OF NEW YORK**
        )
STANDARD SECURITY LIFE       )
INSURANCE COMPANY OF NEW YORK and       )
MARLTON RISK MANAGEMENT, INC.       )
      Third-Party Defendants       )

Defendant Standard Security Life Insurance Company of New York ("Standard Security")

hereby certifies, pursuant to Rule 7 of the applicable Civil Rules, that it is a wholly owned subsidiary

of Madison National Life Insurance Company, which is a wholly-owned subsidiary of Independence

Capital Corp., which is a wholly-owned subsidiary of Independence Holding Company, a publicly

traded company, which is a subsidiary of SIC Securities Corp., which is a wholly-owned subsidiary

of GHC Corp., which is a wholly-owned subsidiary of Geneve Corporation, which is a wholly-

owned subsidiary of Geneve Holdings, Inc.

Dated: New York, New York
      April 27, 2004

          LAZARE POTTER GIACOVAS & KRANJAC LLP

          By: _____
              Andrew M. Premisler (BBO # 641109)
          950 Third Avenue
          New York, New York  10022
          (212) 758-9300
          Attorneys for Third-Party Defendants Standard
          Security Life Insurance Company of New York and
          Voorhees Risk Management, LLC d/b/a Marlton
          Risk Group, Inc. i/s/h/a as "Marlton Risk
          Management, Inc."

-and-

Steven R. Weiner, Esq. (BBO # 520090)
930 Main Street
Springfield, MA 01103


TO:    Bernard T. O'Connor, Jr.
       1391 Main Street, Suite 1022
       Springfield, MA 01103-1610
       (413) 781-5311
       Attorneys for Third-Party Plaintiff

       Elizabeth J. Quigley, Esq.
       Elizabeth J. Quigley & Associates
       27 Henry Avenue
       Pittsfield, MA 01201
       Attorneys for Plaintiff

STATE OF NEW YORK    )
                            )ss:
COUNTY OF NEW YORK  )

        GLORIA M. GOMEZ, being duly sworn, deposes and says:

        1.     Deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York.

        2.     That on the 27th day of April, 2004 deponent caused to be served a copy of the CORPORATE DISCLOSURE STATEMENT OF STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK on the parties herein by depositing one true copy of said document, enclosed in a postpaid wrapper properly addressed to the below attorneys, by means of Overnight Mail by Federal Express to:

                Bernard T. O'Connor, Jr.
                1391 Main Street, Suite 1022
                Springfield, MA 01103-1610
                (413) 781-5311
                Attorneys for Third-Party Plaintiff

                Elizabeth J. Quigley, Esq.
                Elizabeth J. Quigley & Associates
                27 Henry Avenue
                Pittsfield, MA 01201
                Attorneys for Plaintiff

                GLORIA M. GOMEZ

Sworn to before me this
27th day of April, 2004

_____
Notary Public

ANDREW M. PREMISLER
Notary Public, State of New York
No. 01PR6012186
Qualified in New York County
Certificate Filed in Nassau County
Commission Expires August 24, 20__