UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING ENGINEERING CORPORATION,<br>    Plaintiff<br><br>    v.<br><br>PIONEER MANAGEMENT SYSTEMS, INC.,<br>    Defendant/Third Party Plaintiff<br><br>    v.<br><br>STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK and MARLTON RISK MANAGEMENT, INC.,<br>    Third Party Defendants, | Civil Action No. 03-30306-KPM |

SCHEDULING ORDER
April 30, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosure by May 14, 2004.

2. The parties shall notify the court by May 28, 2004, if they wish to engage in the court's ADR mediation program.

3. All written discovery shall be served by July 2, 2004.

4. Non-expert depositions shall be completed by September 30, 2004.

5. Counsel shall appear for a case management conference on October 6,

2004, at 9:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: April 30, 2004

      /s/ Kenneth P. Neiman  
KENNETH P. NEIMAN  
U.S. Magistrate Judge