UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION
CASE NUMBER 03 CV 30306 MAP

FILED
CLERK'S OFFICE

MAY 17 A 11:59

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| STERLING ENGINEERING CORPORATION | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| PIONEER MANAGEMENT SYSTEMS, INC. | ) |
| Defendant | ) |
| | ) |
| v | ) |
| | ) |
| STANDARD SECURITY LIFE INSURANCE | ) |
| COMPANY OF NEW YORK, and MARLTON | ) |
| RISK MANAGEMENT, INC. | ) |
| Third Party Defendants | ) |

### CERTIFICATION OF THE PARTIES

Pursuant to Local Rule 16.1 the undersigned hereby certifies that they have conferred with their respective clients regarding a budget for various courses of this litigation and the possibility of alternative dispute resolution.

                                                  Respectfully submitted,
                                                  STERLING ENGINEERING CORP.,
                                                  By its Attorney,

                                                  Elizabeth J. Quigley, Esq.
                                                  Elizabeth J. Quigley & Associates
                                                  Henry Avenue Professional Building
                                                  27 Henry Avenue
                                                  Pittsfield, MA 01201
                                                  (413) 499-5476
                                                  BBO Number 408910

DATE: May 13, 2004

CERTIFICATE OF SERVICE

    I, Elizabeth J. Quigley, Esq., hereby certify that on May 13, 2004, I have served a copy of the foregoing Certification of the Parties upon the Defendant, by mailing a copy thereof to their attorney of record, Bernard T. O'Connor, Esq., O'Connor, Martinelli, Cullinan & Pikula, 1391 Main Street, Suite 1022, Springfield, MA 01103 and by faxing him a copy at 413-746-2707 and by mailing a copy to the Third Party Defendants, Standard Security Life Insurance Company of New York and Marlton Risk Management, Inc., by mailing a copy thereof to their attorneys of record, Lazare Potter Giacovas & Kranjac, LLP, Attn: Attorney Andrew M. Premisler, 950 Third Avenue, New York, NY 10022, and Attorney Steven Weiner, 930 Main Street, Springfield, MA 01103.

                                                      Elizabeth J. Quigley, Esq.