UNITED STATES DISRICT COURT
DISTRICT OF MASSACCHUSETTS

STERLING ENGINEERING CORPORATION, )
    Plaintiff )
v. )
   )
PIONEER MANAGEMENT SYSTEMS, INC., )
    Defendant/Third-Party Plaintiff ) CIVIL ACTION NO. 03-30306-KPN
v. )
   )
STANDARD SECURITY LIFE )
INSURANCE COMPANY OF NEW YORK, and )
MARLTON RISK MANAGEMENT, INC., )
    Third Party Defendants )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, this certifies that counsel and an authorized representative of Pioneer Management Systems, Inc. have conferred regarding the following issues:

1. A budget for the cost of litigating this matter through trial or other resolution; and

2. Consideration of alternative forms of dispute resolution at the appropriate time during the case.

Dated: May 13, 2004

RESPECTFULLY SUBMITTED,
THE DEFENDANT

By: _____
BERNARD T. O'CONNOR, JR.
Its Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103-1610
(413) 781-5311

1

## CERTIFICATE OF SERVICE

I, Bernard T. O'Connor, Jr., Esq., here by certify that on this 18th day of May, 2004, I caused a copy of the foregoing Certification to be served on the Plaintiff, Sterling Engineering Corporation, by mailing a copy of same to its attorney of record, Elizabeth Quigley, Esq., 27 Henry Avenue, Pittsfield, MA 01201, and by mailing a copy to the Third Party Defendants, Standard Security Life Insurance Company of New York and Marlton Risk Management, Inc. by mailing a copy thereof to their attorneys of record, Attorney Andrew M. Premisler, Lazare, Potter Giacovas & Kranjac, LLP. 950 Third Avenue, New York, NY 10022 and Attorney Steven Weiner, 930 Main Street, Springfield, MA 01103.

BERNARD T. O'CONNOR JR.