UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING ENGINEERING CORPORATION,<br>　　　　Plaintiff<br><br>v.<br><br>PIONEER MANAGEMENT SYSTEMS, INC.,<br>　　　　Defendant/Third-Party Plaintiff<br><br>v.<br><br>STANDARD SECURITY LIFE<br>INSURANCE COMPANY OF NEW YORK and<br>MARLTON RISK MANAGEMENT, INC.<br>　　　　Third-Party Defendants | Civil Action No. 03-30306-KPN<br><br>**CERTIFICATION<br>PURSUANT TO RULE 16.1** |

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

The undersigned hereby certifies, pursuant to Rule 16.1 of the Local Rules of this Court, that they have conferred with their respective clients regarding a budget for the cost of litigating this matter through trial or other resolution and regarding the consideration of alternative forms of dispute resolution.

Dated: New York, New York
　　　　May 24, 2004

　　　　　　　　　　　　　　　　　　Respectfully submitted, ,
　　　　　　　　　　　　　　　　　　LAZARE POTTER GIACOVAS & KRANJAC LLP

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Andrew M. Premisler (BBO # 641109)
　　　　　　　　　　　　　　　　　　950 Third Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　(212) 758-9300
　　　　　　　　　　　　　　　　　　Attorneys for Third-Party Defendants Standard
　　　　　　　　　　　　　　　　　　Security Life Insurance Company of New York and
　　　　　　　　　　　　　　　　　　Voorhees Risk Management, L.L.C. ("Voorhees")
　　　　　　　　　　　　　　　　　　d/b/a Marlton Risk Group, Inc. erroneously sued
　　　　　　　　　　　　　　　　　　herein as "Marlton Risk Management, Inc."

        -and-

        Steven R. Weiner, Esq. (BBO # 520090)
        930 Main Street
        Springfield, MA 01103
        (413) 781-1154

TO:   Bernard T. O'Connor, Jr.
      1391 Main Street, Suite 1022
      Springfield, MA 01103-1610
      (413) 781-5311
      Attorneys for Third-Party Plaintiff

      Elizabeth J. Quigley, Esq.
      Elizabeth J. Quigley & Associates
      27 Henry Avenue
      Pittsfield, MA 01201
      (413) 499-5476
      Attorneys for Plaintiff

STATE OF NEW YORK )
)ss:
COUNTY OF NEW YORK )

   GLORIA M. GOMEZ, being duly sworn, deposes and says:

   1. Deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York.

   2. That on the 24th day of May, 2004 deponent caused to be served a copy of the CERTIFICATION PURSUANT TO RULE 16.1 on the parties herein by depositing one true copy of said document, enclosed in a postpaid wrapper properly addressed to the below attorneys, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

     Bernard T. O'Connor, Jr.
     1391 Main Street, Suite 1022
     Springfield, MA 01103-1610
     (413) 781-5311
     Attorneys for Third-Party Plaintiff

     Elizabeth J. Quigley, Esq.
     Elizabeth J. Quigley & Associates
     27 Henry Avenue
     Pittsfield, MA 01201
     (413) 499-5476
     Attorneys for Plaintiff

          _____
          GLORIA M. GOMEZ

Sworn to before me this
24th day of May, 2004

_____
Notary Public

ANDREW M. PREMISLER
Notary Public, State of New York
No. 01PR6012186
Qualified in New York County
Certificate Filed in Nassau County
Commission Expires August 24, 20__