# Steven R. Weiner, Esquire
## Attorney at Law

930 Main Street  
Springfield, MA 01103

Telephone 413-781-1154

May 26, 2004

Bethaney Healy,  
Assistant Clerk  
U.S. District Court  
1550 Main Street  
Springfield, MA 01103

RE: STERING ENGINEERING CORPORATION vs. PIONEER MANAGEMENT SYSTEMS, INC. vs. STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK and MARLTON RISK MANAGEMENT, INC.  
United States District Court Civil Action No.: 03-30306-KPN

Dear Assistant Clerk Healy:

Pursuant to the Order of the Court, I am writing to you to advise that my client is willing to participate in court sponsored mediation.

May I suggest that we have a mediation date before U.S. Magistrate Judge Neiman at the Court's convenience.

Cordially yours,

Steven R. Weiner, Esquire

SRW/klm

cc Andrew M. Premisler, Esquire

cc Bernard T. O'Connor, Jr., Esquire

cc Elizabeth J. Quigley, Esquire