AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_Western_ DISTRICT OF _Massachusetts_

_Sterling Engineering Corporation,_
_Plaintiff_

vs.

_Peerless Management Systems, Inc._
_Defendant_

**APPEARANCE**

Case Number: _03 CV 30306 MAP_

_Standard Security Life Insurance Company of New York, Third party defendant_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Standard Security Life Insurance Company of New York, Third Party Defendant_

Date: _10-5-04_

Signature: _[signed]_

Print Name: _Steven R Weiner_

Address: _930 Main St_

City: _Springfield_   State: _MA_   Zip Code: _01103_

Phone Number: _413 781 1134_