UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING ENGINEERING CORPORATION,<br>    Plaintiff<br><br>v.<br><br>PIONEER MANAGEMENT SYSTEMS, INC.,<br>    Defendant<br><br>v.<br><br>STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK and MARLTON RISK MANAGEMENT, INC.,<br>    Third Party Defendants | Civil Action No. 03-30306- MAP |

<u>REVISED SCHEDULING ORDER</u>
October 6, 2004

NEIMAN, U.S.M.J.

    The court hereby ALLOWS the Third Party Defendants' Motion to Enlarge Time (Document No. 26) and as set forth at the case management conference this day, revises the schedule as follows:

    1.    Defendant Pioneer Management System, Inc. shall respond to all outstanding written discovery by October 23, 2004.

    2.    All non-expert depositions shall be completed by January 14, 2005.

    3.    Counsel shall appear for a case management conference on January 20,

      2005, at 2:00 p.m. in Courtroom Three.

4.     It shall be the obligation of the parties to complete any mediation within this time period.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: October 6, 2004

                                            /s/ Kenneth P. Neiman  
                                            KENNETH P. NEIMAN  
                                            U.S. Magistrate Judge