ⓐ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| | |
|---|---|
| STERLING ENGINEERING CORP.<br><br>V.<br><br>PIONEER MANAGEMENT SYSTEMS | **NOTICE**<br><br>CASE NUMBER:   03-30306-MAP |

TYPE OF CASE:

|  |  |  |
|---|---|---|
| : | **CIVIL** | **CRIMINAL** |

�ycase **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

| TYPE OF PROCEEDING |
|---|
| |
| |
| CASE MANAGEMENT CONFERENCE |

:    **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **January 20, 2005, at 10:00 a.m.** | **January 25, 2005, at 10:30 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| January 3, 2005 | /s/ *Bethaney A. Healy* |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:    ALL  COUNSEL OF RECORD