UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING ENGINEERING CORP.,<br>    Plaintiff<br><br>  v.<br><br>PIONEER MANAGEMENT SYSTEMS<br>INC., et al.,<br>    Defendants | Civil Action No. 03-30306-MAP |

SETTLEMENT ORDER OF DISMISSAL
January 21, 2005

  The court, having been advised on January 21, 2005, that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                By the Court,


                /s/ Bethaney A. Healy
                Bethaney A. Healy
                Deputy Clerk