UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STERLING ENGINEERING CORPORATION,<br>    Plaintiff<br><br>v.<br><br>PIONEER MANAGEMENT SYSTEMS, INC.,<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>STANDARD SECURITY LIFE<br>INSURANCE COMPANY OF NEW YORK and<br>MARLTON RISK MANAGEMENT, INC.<br>    Third-Party Defendants | Civil Action No. 03-30306-KPN<br><br>***STIPULATION OF***<br>***DISCONTINUANCE*** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action and all claims, cross-claims and counterclaims stated or unstated between the parties be, and the same hereby are discontinued with prejudice, without costs or disbursements to any party against any other. This stipulation may be filed with the Court without further notice to any party.

IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this stipulation, signed in counterpart, may be filed with the same force and effect as that of an original.

Dated: March 7, 2005

ELIZABETH J. QUIGLEY & ASSOCIATES

By: _____
      Elizabeth J. Quigley
BBO No. 408910
27 Henry Avenue
Pittsfield, MA 01201
(413) 499-5476
Attorneys for Plaintiff

LAZARE POTTER GIACOVAS & KRANJAC LLP

By: _____
      Andrew M. Premisler
BBO No. 641109
950 Third Avenue
New York, New York 10022
(212) 758-9300
Attorneys for Third-Party Defendants Standard Security Life Insurance Company of New York and Marlton Risk Management, Inc.

O'CONNOR MARTINELLI CULLINAN & PIKILA

By: _____
      Bernard T. O'Conner, Jr.
BBO No. 557872
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-5311
Attorneys for Defendant/Third-Party Plaintiff Pioneer Management Systems, Inc.